ELECTRONIC ORDER ON ATTORNEY'S FEES IN <u>CAYO V. SEFCIK</u>, 14 CV 38 (JBA)

12/1/14 – On October 8, 2014, this Magistrate Judge filed her Ruling on Norwalk Defendants' Motion for Attorney's Fees and Costs (Dkt. #69)["October Ruling"], granting such motion in part; familiarity with the October Ruling is presumed.  The October Ruling ordered the Norwalk Defendants to file their affidavits and supporting documentation by October 31, 2014, ordered plaintiff to file his brief in opposition by November 21, 2014, and further ordered the Norwalk Defendants to file their reply brief, if any, by December 12, 2014.

Pursuant to the October Ruling, on October 23, 2014, the Norwalk Defendants filed their Submission of Specific Claim for Fees and Costs (Dkt. #70),[1] in which defense counsel avers that he has "reconstructed" his time records, and made a "conservative estimate" of the time expended on this file subsequent to April 22, 2014.  (At 1-2).

Plaintiff failed to file a timely brief in opposition.

As reflected in counsel's affidavit and Timesheet, he expended 1.6 hours in e-mail communications from April 23, 2014 through June 2, 2014, and he expended another 28 hours with respect to the Motion to Dismiss, Motion for Attorney's Fees, and his submissions from April 24, 2014 through October 21, 2014, for a total of 29.6 hours.  Of this time, 11.6 hours were expended in fiscal year 2013-14, for which defense counsel's hourly rate was $104.02, and the remaining 18.0 hours were expended in fiscal year 2014-15, for which defense counsel's hourly rate was $107.81.  Total costs were only $12.00, for the state court transcript.

Thus, the Norwalk Defendants are awarded $3,201.21 in attorney's fees and $12.00 in costs, for a total of $3,213.21, as set forth in the table below:

|  | Hours | Hourly Rate | Subtotals |
|---|---|---|---|
| Fiscal Year 2013-14 | 11.6 | $104.02 | $1,260.63 |
| Fiscal Year 2014-15 | 18.0 | $107.81 | $1,940.58 |
| Costs |  |  | $12.00 |
| TOTALS | 29.6 |  | $3,213.21 |

---

[1]Attached is an affidavit from defense counsel, sworn to October 23, 2014, a copy of his Timesheet, a copy of a Request for Payment Voucher, dated June 12, 2014, and a copy of a bill from the Official Court Reporter's Office for the Connecticut Superior Court in Stamford, dated June 2, 2014.